No. 682, Misc. MIXON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 196. DE SIMONE *v.* UNITED STATES, *ante,* p. 834;

No. 274. MOREALI *v.* WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., *ante,* p. 841;

No. 341. ESTATE OF FREELAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 845;

No. 353. RATCLIFF *v.* BRUCE ET AL., *ante,* p. 848;

No. 50, Misc. DAEGELE *v.* CROUSE, WARDEN, *ante,* p. 915;

No. 150, Misc. RUCKER *v.* CITY OF FLINT ET AL., *ante,* p. 873;

No. 171, Misc. LUSK *v.* STRICKLAND ET AL., *ante,* p. 875;

No. 367, Misc. IN RE KAMSLER, *ante,* p. 816;

No. 396, Misc. LEWIS *v.* UNITED STATES, *ante,* p. 891; and

No. 473, Misc. LEMANSKI *v.* LEMANSKI, *ante,* p. 20. Petitions for rehearing denied.

No. 946, October Term, 1967. CIVIL AERONAUTICS BOARD *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL., 391 U. S. 461. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 132. YUEN KAM CHUEN ET AL. *v.* ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 858. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.